United States District Court
Southern District of Texas
**ENTERED**
September 08, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| United States of America § | |
| § | |
| v. § | Criminal No. 4:25-mj-527 |
| § | |
| Keandre Williams § | |
| § | |
| § | |

## ORDER OF DETENTION PENDING REVOCATION HEARING

On September 8, 2025, the Court conducted a hearing under Fed. R. Crim. P. 32.1(a)(6) and 18 U.S.C. § 3143(a)(1) to determine whether Defendant Keandre Williams should be detained pending a hearing on the superseding petition to revoke his supervised release. In this context, Defendant has the burden to prove, by clear and convincing evidence, that he would be unlikely to flee or pose a danger if he were released. *See* Fed. R. Crim. P. 32.1(a)(6) (burden of proof on defendant); 18 U.S.C. § 3143(a)(1) (requiring detention "unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of the community if released under section 3142(b) or (c)"). The Court concludes that Defendant failed to meet his burden.

Defendant explained the series of facts that led him to leave the district of supervision (in the Eastern District of Virginia) for Texas. He emphasized

that his travel to Texas (initially, San Antonio) was authorized. He also stressed that he has remained in continuous contact with his Pretrial Officer in Virginia.

But there is no dispute that Defendant requested that his supervision be transferred to Texas—and that request was denied. There is likewise no dispute that Defendant has refused to return to Virginia, as he was directed to do. Those facts, coupled with Defendant's position that he lacks the financial resources to travel back to Virginia, make it neither clear nor convincing that Defendant would appear in the Eastern District of Virginia as he must do. And Defendant's disregard of explicit directives is even more troubling, given that he has already served a term of imprisonment for violating prior conditions of supervised release in this case.

Accordingly, it is **ORDERED** that Defendant Keandre Williams be **DETAINED** pending trial.

Signed in Houston, Texas on September 8, 2025.

_____
Yvonne Y. Ho
United States Magistrate Judge